THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER L. BUCHANAN and Others, Appellants. Order restraining defendants modified so as to apply only to the defendants other than defendant Smith, and as so modified affirmed, with ten dollars costs and disbursements against the defendants other than defendant Smith. In our opinion, there is no proof in this record of any fraudulent practices on the part of defendant Smith. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CASHMIR KOZZEN, Appellant.*— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON MASTERS, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed upon the law and the facts and a new trial ordered. The record contains no proof that the punch board was a gambling device. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Kapper, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN C. PAPADO-POULOS, JR., Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, reversed upon the law and the facts, information dismissed and defendant discharged. We do not think that the evidence given on the trial was sufficient to warrant the defendant's conviction. The appeal by the defendant from the order denying his motion for a new trial upon the ground of newly-discovered evidence is dismissed as unnecessary in view of our decision upon the appeal from the judgment. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Davis, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TOWER LAUNDRY, INC., Appellant.— Judgment of conviction by a city magistrate sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

CATHERINE ROFRANO, Respondent, v. LOUIS ROFRANO, Appellant.— Order modified by reducing the amount of alimony to $25 a week and the counsel fee to $250, and as so modified affirmed, without costs; the time and the amounts of payment to be as provided in the order to be entered herein. It appears that plaintiff has a substantial sum of money in the bank and is to some extent able to take care of herself during the pendency of the action herein. (Lake v. Lake, 194 N. Y. 179.) Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur. Settle order on notice.